

United States District Court
Eastern District of California

A.D. and A.O.S., individually and on behalf of

Plaintiff(s)

V.

CHURCH & DWIGHT CO., INC. d/b/a FIRST

Defendant(s)

Case Number: 2:24-cv-02701-SCR

APPLICATION FOR PRO HAC VICE AND PROPOSED ORDER

Pursuant to Local Rule 180(b)(2) of the United States District Court for the Eastern District of California, Tyler Bean hereby applies for permission to appear and participate as counsel in the above entitled action on behalf of the following party or parties:

A.D. and A.O.S

On 09/24/2019 (date), I was admitted to practice and presently in good standing in the Supreme Court of Oklahoma (court). A certificate of good standing from that court is submitted in conjunction with this application. I have not been disbarred or formally censured by a court of record or by a state bar association; and there are not disciplinary proceedings against me.

☐ I have / ☑ I have not concurrently or within the year preceding this application made a pro hac vice application to this court. (If you have made a pro hac vice application to this court within the last year, list the name and case number of each matter in which an application was made, the date of application and whether granted or denied.)

Date: 10/29/2024 Signature of Applicant: /s/ Tyler Bean

**Pro Hac Vice Attorney**

Applicant's Name: Tyler Bean

Law Firm Name: Siri & Glimstad, LLP

Address: 745 5th Ave.

Suite 500

City: New York State: NY Zip: 10151

Phone Number w/Area Code: (929) 644-5144

City and State of Residence: Edmond, Oklahoma

Primary E-mail Address: tbean@sirillp.com

Secondary E-mail Address: cjernigan@sirillp.com

I hereby designate the following member of the Bar of this Court who is registered for ECF with whom the Court and opposing counsel may readily communicate regarding the conduct of the case and upon whom electronic notice shall also be served via the Court's ECF system:

Local Counsel's Name: John R. Parker, Jr.

Law Firm Name: Almedia Law Group, LLC

Address: 3550 Watt Ave.

Suite 140

City: Sacramento State: CA Zip: 95821

Phone Number w/Area Code: (916) 616-2936 Bar # 257761

**ORDER**

The Pro Hac Vice Application is APPROVED. The Pro Hac Vice Attorney is DIRECTED to request filing access through PACER.

Dated: 11/18/2024

SEAN C. RIORDAN
UNITED STATES MAGISTRATE JUDGE

# IN THE SUPREME COURT OF THE STATE OF OKLAHOMA

## CERTIFICATE

I, John D. Hadden, Clerk of the Supreme Court of the State of Oklahoma, do hereby certify that Tyler J. Bean, of New York, New York, was admitted to practice in the Supreme Court of the State of Oklahoma upon exam, on September 24, 2019, and is now an attorney and counselor at law in good standing at the Bar of said State.

**WITNESS**, my hand and the Seal of the Supreme Court of the State of Oklahoma, this the 9th day of September, 2024.

**JOHN D. HADDEN, CLERK**
**SUPREME COURT OF OKLAHOMA**

**S-E-A-L**

By: ______________________

# IN THE SUPREME COURT OF THE STATE OF OKLAHOMA

## CERTIFICATE

I, John D. Hadden, Clerk of the Supreme Court of the State of Oklahoma, do hereby certify that Tyler J. Bean, of New York, New York, was admitted to practice in the Supreme Court of the State of Oklahoma upon exam, on September 24, 2019, and is now an attorney and counselor at law in good standing at the Bar of said State.

**WITNESS**, my hand and the Seal of the Supreme Court of the State of Oklahoma, this the 9th day of September, 2024.

**JOHN D. HADDEN, CLERK**
**SUPREME COURT OF OKLAHOMA**

**S-E-A-L**

By: J McCullerton



Office of

# The Clerk of the Appellate Courts

Oklahoma City, Oklahoma

Oklahoma Judicial Center 2100 N Lincoln Blvd., Suite 4 Oklahoma City, Oklahoma 73105-4907 (405) 556-9400

## RECEIPT FOR PAYMENT

**Receipt # 89799**

Receipt Date: 09/09/2024

**Paid By:**

Tyler James Bean
1512 SW 38th St.
Moore, OK 73160

**Payment Method(s)**

Check # 10241 in the amount of $ 20.00
Endorser: Siri & Glimstad Bank:

| Item | Amount |
| --- | --- |
| Certificate of goodstanding | $ 20.00 |
| **Total Amount** | **$ 20.00** |

End of transmission.