John R. Parker, Jr. (SBN 257761)
ALMEIDA LAW GROUP LLC
3550 Watt Avenue, Suite 140
Sacramento, California 95821
T: (916) 616-2936
jr@almeidalawgroup.com

Matthew Langley*
ALMEIDA LAW GROUP LLC
849 W. Webster Avenue
Chicago, Illinois 60614
T: (312) 576-3024)
matt@almeidalawgroup.com

David DiSabato (admitted *pro hac vice*)
Tyler Bean (admitted *pro hac vice*)
SIRI & GLIMSTAD LLP
745 Fifth Avenue, Suite 500
New York, NY 10151
T: 929-677-5144
F: (305) 676-9006
ddisabato@sirillp.com
tbean@sirillp.com

*Attorneys for Plaintiffs*

*Attorneys for Plaintiffs*

Shawn S. Ledingham, Jr. (SBN 275268)
Aaron M. Francis (SBN 355686)
PROSKAUER ROSE LLP
2029 Century Park East, Suite 2400
Los Angeles, CA 90067
T: (310) 557-2900
F: (310) 557-2193
sledingham@proskauer.com
afrancis@proskauer.com

Baldassare Vinti*
Jeffrey H. Warshafsky*
PROSKAUER ROSE LLP
11 Times Square
New York, NY 10036
T: (212) 969-3000
F: (212)969-2900
bvinti@proskauer.com
jwarshafsky@proskauer.com
*Pro hac vice* application forthcoming.

*Attorneys for Defendant Church & Dwight Co., Inc.*

*Attorneys for Defendant Church & Dwight Co., Inc.*

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| A.D. and A.O.S., *individually and on behalf of all others similarly situated*,<br><br>Plaintiffs,<br><br>v.<br><br>CHURCH & DWIGHT CO., INC. d/b/a FIRST RESPONSE,<br><br>Defendant. | **Case No.: 2:24-cv-02701-WBS-SCR**<br><br>**JOINT ADMINISTRATIVE MOTION TO ENLARGE TIME FOR CHURCH & DWIGHT TO RESPOND TO COMPLAINT PURSUANT TO L.R. 144 AND 233 AND TO SET BRIEFING SCHEDULE FOR MOTION TO DISMISS**<br><br>Complaint Filed: September 30, 2024<br>Complaint Served: November 15, 2024<br>Current Response Date: January 3, 2025<br>Proposed New Response Date: January 20, 2025<br><br>Hon. Sean C. Riordan |

Pursuant to Local Rules 144 and 233, Plaintiffs A.D. and A.O.S. (collectively, "Plaintiffs") and Defendant Church & Dwight Co., Inc. ("CHD"), d/b/a First Response, through their undersigned counsel, jointly submit the following administrative motion.

Under Local Rule 144, the Parties must seek any extension to respond to an initial complaint beyond 28 days from the Court. The Complaint in this action was filed against CHD on September 30, 2024 (Dkt. No. 1) and served on November 15, 2024 (Dkt. No. 10). Thus, pursuant to Federal Rule of Civil Procedure 12(a)(4)(A), CHD's answer to the Complaint is currently due on December 6, 2024.

On November 27, 2024, counsel for CHD, Proskauer Rose LLP, notified Plaintiffs' counsel, Almeida Law Group and Siri & Glimstad LLP, that it had been retained in connection with the above captioned matter. CHD inquired whether Plaintiffs would be amenable to a 45-day extension of its deadline to respond to the Complaint, because of the several intervening end-of-year holidays. Plaintiffs agreed. Accordingly, the Parties are filing concurrently with this administrative motion a stipulation to extend that deadline by 28 days, the maximum permitted without court order.

A 28-day extension, however, would put CHD's deadline to respond to the Complaint on January 3, 2025, shortly after the New Years' holiday. In addition, the Parties have conferred regarding the possibility of an early resolution to the claims. The additional time to respond will enable the Parties to exchange preliminary information and continue those discussion.

Accordingly, the Parties submit this joint administrative motion to further extend the response deadline by an additional seventeen days to January 20, 2025.

CHD intends to move to dismiss the Complaint, and the Parties further request that the Court enter an order establishing the following briefing schedule on that motion:

- The deadline for CHD's motion to dismiss the Complaint is due January 20, 2025;
- Plaintiffs' opposition to CHD's motion to dismiss is due February 21, 2025;
- CHD's reply is due March 14, 2025.

This motion is made in good faith and is not interposed for the purpose of delay. Furthermore, no party will be prejudiced by the granting of this motion. This motion is the first

extension request regarding a response to the Complaint made by either party, other than the concurrently filed stipulated extension of twenty-eight days.

For the avoidance of doubt, CHD expressly reserves and does not waive any of its rights, claims, or defenses.

For the forgoing reasons, the Parties respectfully request that the Court grant CHD an extension to respond to the Complaint until January 20, 2025, and enter an order consistent with the above briefing schedule such that (i) CHD's deadline to move to dismiss the Complaint is enlarged to and includes January 20, 2025; (ii) Plaintiffs' deadline to oppose CHD's motion to dismiss is set to February 21, 2025; and (iii) CHD's deadline to reply to Plaintiffs' opposition is set to March 14, 2025.

Dated:  December 5, 2024         PROSKAUER ROSE LLP

By:  */s/ Shawn S. Ledingham, Jr.*
         Shawn S. Ledingham, Jr.

Attorneys for Defendant CHURCH & DWIGHT CO., INC.
E-mail: sledingham@proskauer.com

Dated:  December 5, 2024         ALMEIDA LAW GROUP LLC

By:  */s/ Matthew J. Langley*
         Matthew J. Langley

Attorneys for Plaintiffs A.D. and A.O.S.
E-mail: matt@almeidalawgroup.com

## **CERTIFICATION**

Pursuant to Section 2(f)(4) of the Electronic Case Filing Administrative Policies and Procedures Manual, I hereby certify that the content of this document is acceptable to Matthew J. Langley, counsel for Plaintiff, and that I have obtained Mr. Langley's authorization to affix his electronic signature to this document.

Dated:  December 5, 2024

Shawn S. Ledingham, Jr.
PROSKAUER ROSE LLP

By: _____*/s/ Shawn S. Ledingham, Jr.*_____
            Shawn S. Ledingham, Jr.

Attorneys for Defendant CHURCH & DWIGHT CO., INC.
E-mail: sledingham@proskauer.com

# ORDER

The Court, having reviewed the Joint Administrative Motion to Enlarge Time for Church & Dwight to Respond to Complaint Pursuant to L.R. 144 and 233 and Setting Briefing Schedule for Motion to Dismiss of the Parties, and finding good cause, hereby issues an Order to:

1. Extend the deadline for Church & Dwight Co., Inc. ("CHD") to respond to the complaint filed by Plaintiffs A.D. and A.O.S. (collectively, "Plaintiffs") on September 30, 2024 and served on November 15, 2024 from January 3, 2025 to **January 20, 2025**.

2. Set the deadline for Plaintiffs' opposition to CHD's motion to dismiss to **February 21, 2025.**

3. Set the deadline for CHD's reply to Plaintiffs' opposition to **March 14, 2025**.

4. The motion hearing shall be noticed for **March 31, 2025 at 1:30 p.m. in Courtroom 5 (WBS).**

5. The Scheduling Conference is reset for **June 2, 2025 at 1:30 p.m.** A joint status report shall be filed no later than **May 19, 2025** in accordance with the Court's Order Re: Status (Pretrial Scheduling) Conference filed December 9, 2024 (Docket No. 15).

**IT IS SO ORDERED.**

Dated: December 11, 2024

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE